IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMANDA REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>UTAH HIGHWAY PATROL, ET AL.,<br><br>Defendant. | ORDER ADOPTING AND AFFIRMING REPORT AND RECCOMENDATION IN PART<br><br>Case No. 2:23-cv-00034-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

United States District Judge Dale A. Kimball referred this case to United States Magistrate Judge Cecilia M. Romero under 28 U.S.C. § 636(b)(1)(B) [ECF No. 6]. On December 6, 2023, Magistrate Judge Romero issued a Report and Recommendation recommending that the court grant in part Defendants' motions and dismiss the complaint without prejudice [ECF No. 60]. The Report and Recommendation also provided Plaintiff with 30 days to file an amended complaint. The 30 days began to run on the issue date of the Report and Recommendation. Thus, Plaintiff would have had until Friday, January 5, 2024, to file an amended complaint.

Both parties filed written objections [ECF No. 61, 62]. In their objections, both parties asked that Plaintiff be provided with more time to file an amended complaint. Specifically, Defendants ask that Plaintiff have until 30 days after the underlying criminal case is fully resolved in the state court system to file an amended complaint.

The court has reviewed the docket and Judge Romero's Report and Recommendation and adopts and affirms the Report and Recommendation in part and dismisses the complaint without prejudice as to all Defendants. Plaintiff will have 30 days after the underlying state case is fully resolved to file an amended complaint. The Clerk of Court is instructed to administratively close

the case and reopen it if and when Plaintiff timely files her amended complaint. Thus, the court GRANTS Defendants' motions in part, and dismisses the case without prejudice.

DATED this 5th day of March 2024.

BY THE COURT:

DALE A. KIMBALL
United States District Judge