# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AMANDA REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>UTAH HIGHWAY PATROL, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case No. 2:23CV00034-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to the Order Adopting in Part and Modifying in Part the Magistrate Judge's Report and Recommendation, Ms. Reynolds' claims against the Defendants are dismissed with prejudice, except that her claims against the State Defendants are dismissed without prejudice. Ms. Reynolds' action is dismissed, and the Clerk of Court is directed to close this case.

DATED this 4th day of August 2025.

BY THE COURT:

DALE A. KIMBALL
United States District Judge